UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JULIO LLANES TELLEZ,       | Case No. 25-cv-08982-PCP |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| PAM BONDI, et al., | Re: Dkt. No. 1 |
| Defendants. | |

The Court has received the petition for the writ of habeas corpus from Mr. Julio Llanes Tellez. Dkt. No. 1. Pursuant to 28 U.S.C. § 2243, respondents are ordered to show cause why Mr. Tellez's writ should not be granted. Respondents must return the order to show cause within 11 days of the filing of this order.[1]

**IT IS SO ORDERED.**

Dated: October 23, 2025

P. Casey Pitts
United States District Judge

---

[1] The Court finds that the ongoing government shutdown provides good cause to extend the deadline for respondents' response.