UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LLANES TELLEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PAM BONDI, et al.,<br><br>    Defendants. | Case No. 25-cv-08982-PCP<br><br>**ORDER SCHEDULING HEARING AND PROHIBITING REMOVAL** |

The Court will hold a hearing on petitioner Julio Llanes Tellez's petition for a writ of habeas corpus on Tuesday, December 2, 2025, at 3:00 p.m. The hearing will be conducted via Zoom video conference. By no later than December 1, 2025, at 5:00 p.m., defendants shall file a declaration identifying the date upon which any defendant or their agent, including any federal immigration authority, learned of petitioner's December 2, 2023, arrest. *See* Dkt. 6-1, at ECF p.11 (appearing to document personal reporting by petitioner to immigration authorities on April 5, 2024, and August 16, 2024).

In order to protect this Court's jurisdiction, and pending further order of the Court, defendants are barred from removing the petitioner from the United States.

**IT IS SO ORDERED.**

Dated: November 24, 2025

_____
P. Casey Pitts
United States District Judge